JEFFREY D. FISI ET AL. *v.* HOLLY B. CYR ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 911 (AC 14913), is granted, limited to the following issue:

"In the circumstances of this case, did the Appellate Court properly affirm the judgment of the trial court denying the plaintiffs' motion to set aside the verdict based upon allegedly improper communications made by court personnel to the jury during its deliberations?"

The Supreme Court docket number is SC 15583.

*Martin M. Rutchik,* in support of the petition.

*Richard D. Haviland,* in opposition.

Decided December 18, 1996

ROHAN RUDDOCK ET AL. *v.* DONNETTE BURROWES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 913 (AC 15619), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the prior dismissal of the plaintiff's claim did not bring this action within the provisions of the accidental failure of suit statute, General Statutes § 52-592?"

The Supreme Court docket number is SC 15584.

*Henry D. Marcus,* in support of the petition.

Decided December 18, 1996